UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**OWEN GARTH HINKSON,**

      Plaintiff

v.

**DANIEL J. HOGAN, ET. AL.**
      Defendant(s)

**APPLICATION TO PROCEED WITHOUT FULL PREPAYMENT OF FEES; AFFIDAVIT AND AUTHORIZATION FORM**

CASE NUMBER: **04-12440-JLT**

I, **OWEN GARTH HINKSON** declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.
In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☒ Yes      ☐ No    (If "No" go to Part 2)

If "Yes" state the place of your incarceration: **FCI RAY BROOK, NEW YORK 12977-9001**

Are you employed at the institution?    ☒ Yes      ☐ No

Do you receive any payment from same?    ☒ Yes:      ☐ No

Notice to Inmates: <u>The Certificate portion of this affidavit must be completed.</u>

2. Are you currently employed?: **N/A**    ☐ Yes      ☐ No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. **N/A**

    b. If the answer is "No" state the date of your last employment, the amount of your take home salary or wages and the name and address of your last employer. **N/A**

3. In the past twelve months have you received any money from any of the following sources?

| | | |
|---|---|---|
| a. Business, profession or other self employment | ☐ Yes | ☒ No |
| b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. Gifts or inheritances | ☐ Yes | ☒ No |
| f. Any other sources | ☒ Yes | ☐ No |

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. **I get $50 from my girl friend per month.**

FORM F.1

4. Do you have any cash, checking or savings accounts?    **N/A** ☐ Yes            **N/A** ☐ No

If "Yes" state the total amount. _____**N/A**_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other assets?            ☐ Yes            ☒ No

If "Yes" describe the property and state its value (attach additional sheets as necessary):

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    **N/A**

I declare under penalty of perjury that the above information is true and correct.

__11/ 01/2004__            _Drew G. Hinkson_
DATE                           SIGNATURE OF APPLICANT

## CERTIFICATE
(incarcerated applicants only)
(To be completed by appropriate official at the institution of incarceration)

I certify that the applicant named herein has the sum of $ __45.10__ on account to his/her credit at (name of institution) __FCI Ray Brook, New York__. I further certify that the applicant has the following securities to his/her credit: __.22¢ Phone__

_____. I further certify that **during the past six months** the applicant's average balance was $ __1,494.80__ .

__10/31/04__            _Michele Picerno, Case Manager_
DATE                           SIGNATURE OF AUTHORIZED OFFICER

### Notice to Inmates:

Pursuant to the Federal Court Improvement Act of 1996, Pub.L. No. 104-317, 110 Stat. 3847, as of December 18, 1996, the filing fee for most civil actions was increased from $120.00 to $150.00. *See id.* at § 401 (amending 28 U.S.C. § 1914(a)). Also, pursuant to the Prison Litigation Reform Act, Pub.L. No. 104-134, 110 Stat. 1321, inmates are required to pay, over a period of time, the full filing fee.