From:  Owen Garth Hinkson
       Reg. No. 17785-038
       Federal Correctional Institution
       Ray Brook
       P.O. Box 9001
       Ray Brook, New York 12977-9001

Dated: November 7, 2004


TO:    Office of The Clerk
       United States District Court
       United States Courthouse
       1 Courthouse Wat, Suite 2300
       Boston, MA 02210


Re:    **Hinkson v. Hogan, Et. Al. Docket No.**_____


Dear Clerk:

   I am writing you this letter to withdraw this Civil Action for the following reasons: (1) I have not complete the Administrative Remedy;(2) as soon as I complete my Aministrative Remedy I will refile my Civil Action; and (3) by doing this I reserve all my rights to refile this Civil Action.

   I also request that your office return the Civil Action and all the forms 285 and IFP for the filing fees.


                                   Yours truly,

                                   [signature]
                                   Owen Garth Hinkson, Pro Se.

cc: Adriana Contartese, Esq.
    Attorney At Law