```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

OWEN GARTH HINKSON,           )
          Plaintiff,          )
                              )
     v.                       )        C.A. No. 04-12440-JLT
                              )
DANIEL J. HOGAN, et al.,      )
          Defendants.         )
```

## ORDER OF DISMISSAL

TAURO, D.J.

In accordance with this Court's order dated <u>November 22, 2004</u>, it is ORDERED that this civil action is DISMISSED without prejudice and without assessment of the filing fee.

SO ORDERED.

                                            By the Court

<u>11/23/04</u>                                  <u>/s/ Barbara Morse</u>
                                              Deputy Clerk